UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| FABIAN HUIZAR, ) | |
| ) | |
| Plaintiff, ) | Cause No. 4:22-CV-085-PPS |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOULTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| FABIAN HUIZAR, ) | |
| ) | |
| Plaintiff, ) | Cause No. 4:22-CV-086-PPS |
| ) | |
| v. ) | |
| ) | |
| TRANSUNION, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| FABIAN HUIZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:22-CV-090-PPS |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Plaintiff Huizar has brought three related cases under the Fair Credit Reporting Act against credit reporting agencies ("CRAs") as reflected in the captions above. During an omnibus hearing for all three cases on January 12, 2026, the Parties set a joint Final Pretrial Conference date of May 6, 2026, and a joint jury date of June 23, 2026. (The omnibus hearing also included a fourth case that is now proceeding on a separate track.) Under case number 4:22-cv-85, Experian filed a Motion to Continue Trial and for Scheduling Conference. [DE 246.] The CRAs tell me certain witnesses and attorneys will be unavailable for the June 23 trial, so all three CRA defendants request new Final Pretrial Conference and trial dates as well as a scheduling conference to discuss the same.

Accordingly, the Court hereby **VACATES** the Final Pretrial Conference on May 6, 2026, and the joint jury trial set to begin on June 23, 2026, for all three cases (4:22-cv-85, 4:22-cv-86, 4:22-cv-90). Experian's Motion to Continue [DE 246] is **GRANTED** on the docket for case number 4:22-cv-85. The Court will by separate docket entry set a date and time for a scheduling conference to pick new Final Pretrial Conference and jury trial dates.

**SO ORDERED**.

ENTERED: February 12, 2026.

                                                  /s/ Philip P. Simon
                                                  PHILIP P. SIMON, JUDGE
                                                  UNITED STATES DISTRICT COURT